**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Guerrero-Flores

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ADAN GUERRERO-FLORES**,<br><br>Defendant. | Case No. 08MJ8132-PCL<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: February 14, 2008

/s/ *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Guerrero-Flores
Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 14, 2008

*/s/ Candis Mitchell*

**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Candis_Mitchell@fd.org